**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

_____

**SHIRLEY A. MORSE,
individually and as
Administrator of the Estate of
Harriet L. O'Connor
(Deceased),**

                **Plaintiff,**           **3:21-cv-857
                              (GLS/ATB)**

     **v.**

**JOHNSON & JOHNSON et al.,**

                **Defendants.**

_____

## ORDER

Judicial disqualification is governed by 28 U.S.C. § 455. Disqualification is required when, among other things, a judge "knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding." 28 U.S.C. § 455(b)(4). Upon review of the papers, disqualification is required in this case.

Accordingly, it is hereby

**ORDERED** that, pursuant to 28 U.S.C. § 455, the undersigned

disqualifies himself from presiding over this matter; and it is further

**ORDERED** that the Clerk shall reassign this matter to another District Judge; and it is further

**ORDERED** that the case has been randomly reassigned to District Judge David N. Hurd; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiffs in accordance to the Local Rules.

**IT IS SO ORDERED.**

August 11, 2021
Albany, New York

*[signature]*
Gary L. Sharpe
U.S. District Judge